K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EATERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENTRAL VALLEY GROUP, INC. dba BURGER KING #7742, et al.,<br><br>    Defendants. | No. 1:12-CV-00307-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Central Valley Group, Inc. and King of Central Valley, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: May 14, 2012               MOORE LAW FIRM, P.C.

                                 /s/ Tanya E. Moore
                                 Tanya E. Moore
                                 Attorneys for Plaintiff Ronald Moore

Date: May 14, 2012               HANSON BRIDGETT LLP

                                 /s/ Kurt A. Franklin
                                 Kurt A. Franklin, Attorneys for Defendants
                                 Central Valley Group, Inc. and King of
                                 Central Valley

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  May 14, 2012                     _____
                                         CHIEF UNITED STATES DISTRICT JUDGE