1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EATERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:12-CV-00307-AWI-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| vs. | |
| CENTRAL VALLEY GROUP, INC. dba BURGER KING #7742, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Central Valley Group, Inc. and King of Central Valley, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: May 14, 2012                          MOORE LAW FIRM, P.C.

                                            /s/ Tanya E. Moore
                                            Tanya E. Moore
                                            Attorneys for Plaintiff Ronald Moore

Date: May 14, 2012                          HANSON BRIDGETT LLP

                                            /s/ Kurt A. Franklin
                                            Kurt A. Franklin, Attorneys for Defendants
                                            Central Valley Group, Inc. and King of
                                            Central Valley

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  May 14, 2012                            _____
                                               CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER